**Edward H. PENNINGTON II, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41482.**

Missouri Court of Appeals, Western District.

Oct. 10, 1989.

Edward H. Pennington II, Jefferson City, pro se.

William L. Webster, Atty. Gen., Robert F. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from denial, without evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).